UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: KATARZYNA SEMENIUK

Case No.: 17-26973/MBK

Chapter: 13

Judge: _____

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2022 SEP 22  A 10: 07

BY: _____ DEPUTY CLERK

**FILED**
JEANNE A. NAUGHTON, CLERK

SEP 2 2 2022

U.S. BANKRUPTCY COURT
TRENTON, NJ

BY _____ DEPUTY

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, KATARZYNA SEMENIUK, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 09/22/22

Debtor's Signature

**IMPORTANT**:

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*