| Information to identify the case: | | |
|---|---|---|
| Debtor 1<br><br>**Katarzyna Semeniuk**<br><br>First Name    Middle Name    Last Name | | Social Security number or ITIN    xxx–xx–5804<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)<br><br>First Name    Middle Name    Last Name | | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–26973–MBK | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Katarzyna Semeniuk

<u>9/22/22</u>

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 17-26973-MBK

Katarzyna Semeniuk                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 22, 2022 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katarzyna Semeniuk, 741 Mayflower Avenue, Lawrence Township, NJ 08648-4401 |
| 517022420 | + | Macy's American Express Account, PO box 8097, Mason, OH 45040-8097 |
| 517022421 | + | Polish & Slavic Fcu, 9 Law Dr, Fairfield, NJ 07004-3233 |
| 517022422 | + | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 517022426 | + | Subaru Motors Finance, Chase, P.O. Box 901037, Fort Worth, TX 76101-2037 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517195076 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2022 20:46:11 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517022404 | + | Email/PDF: bncnotices@becket-lee.com | Sep 22 2022 20:45:58 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517022405 | + | Email/PDF: bncnotices@becket-lee.com | Sep 22 2022 20:46:16 | Amex, Correspondence, Po Box 981540, ElPaso, TX 79998-1540 |
| 517022406 | + | EDI: CITICORP.COM | Sep 23 2022 00:28:00 | At&T Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 517022407 | + | EDI: BANKAMER.COM | Sep 23 2022 00:28:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517163238 | + | EDI: BANKAMER2.COM | Sep 23 2022 00:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517022408 | + | EDI: CITICORP.COM | Sep 23 2022 00:28:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 517022410 | + | EDI: CAPITALONE.COM | Sep 23 2022 00:28:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517022411 | + | EDI: CAPITALONE.COM | Sep 23 2022 00:28:00 | Capital One, General Correspondence, Po Box 30285, Salt lake City, UT 84130-0285 |
| 517022412 | + | EDI: CITICORP.COM | Sep 23 2022 00:28:00 | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517022413 | + | EDI: CITICORP.COM | Sep 23 2022 00:28:00 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |

District/off: 0312-3                           User: admin                                    Page 2 of 3
Date Rcvd: Sep 22, 2022                        Form ID: 3180W                              Total Noticed: 42

| 517022414 | + EDI: CITICORP.COM | Sep 23 2022 00:28:00 | Citibank/Sears, Citicorp Credit Services/Attn: Centraliz, Po Bopx 790040, Saint Louis, MO 63179-0040 |
|---|---|---|---|
| 517022415 | + EDI: CITICORP.COM | Sep 23 2022 00:28:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517022416 | + EDI: WFNNB.COM | Sep 23 2022 00:28:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517022417 | + EDI: WFNNB.COM | Sep 23 2022 00:28:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517022433 | + EDI: CITICORP.COM | Sep 23 2022 00:28:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517188970 | EDI: Q3G.COM | Sep 23 2022 00:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517022418 | + EDI: DISCOVER.COM | Sep 23 2022 00:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517022419 | + EDI: GMACFS.COM | Sep 23 2022 00:28:00 | G M A C, Po Box 105677, Atlanta, GA 30348-5677 |
| 517139177 | EDI: JPMORGANCHASE | Sep 23 2022 00:28:00 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038 |
| 517022424 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Sep 22 2022 20:47:00 | State Farm Bank, Attn: Bankruptcy, Po Box 2328, Bloomington, IL 61702 |
| 517183706 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 20:46:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517181786 | EDI: PRA.COM | Sep 23 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517216820 | EDI: Q3G.COM | Sep 23 2022 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517022423 | + Email/Text: bkdepartment@rtresolutions.com | Sep 22 2022 20:47:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 517022427 | + EDI: RMSC.COM | Sep 23 2022 00:28:00 | Syncb/Lord & Taylor, Po Box 965064, Orlando, FL 32896-5064 |
| 517022428 | + EDI: RMSC.COM | Sep 23 2022 00:28:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517022429 | + EDI: RMSC.COM | Sep 23 2022 00:28:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517022430 | + EDI: RMSC.COM | Sep 23 2022 00:28:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517022431 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 22 2022 20:47:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517022432 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 22 2022 20:47:00 | Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408 |
| 517060148 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 22 2022 20:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517022434 | + EDI: WFCCSBK | Sep 23 2022 00:28:00 | Wells Fargo Bank, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 517022435 | + EDI: WFCBO | Sep 23 2022 00:28:00 | Wells Fargo Bank, 420 Montgomery St, San Francisco, CA 94104-1298 |
| 517022436 | + EDI: WFFC.COM | | |

District/off: 0312-3                          User: admin                                   Page 3 of 3
Date Rcvd: Sep 22, 2022                       Form ID: 3180W                        Total Noticed: 42

Sep 23 2022 00:28:00    Wells Fargo Bank Nv Na, Po Box 31557, Billings,
MT 59107-1557

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517022409 | | Cap1/bstby |
| 517022425 | ##+ | State Farm Payment Plan, PO Box 44110, Jacksonville, FL 32231-4110 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Katarzyna Semeniuk njpalaw@gmail.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5